J. E. CREEL, County Treasurer of Pueblo County, Colorado, v. E. G. MIDDEL-KAMP, Trustee of Ingersoll Company, a Colorado Corporation, Bankrupt.

No. 2844.

Circuit Court of Appeals, Tenth Circuit.

Jan. 11, 1944.

Gail L. Ireland, Atty. Gen., and George K. Thomas, Asst. Atty. Gen., State of Colorado, for appellant.

H. E. Brayton and A. W. McHendrie, both of Pueblo, Colo., for appellees.

Before PHILLIPS, Circuit Judge, and BROADDUS, District Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation.

Joseph DI MARZO, Appellant, v. UNITED STATES of America, Appellee.

No. 10273.

Circuit Court of Appeals, Ninth Circuit.

Feb. 9, 1944.

Morris Lavine, of Los Angeles, Cal., for appellant.

Charles H. Carr, U. S. Atty., and James L. Crawford and Ronald Walker, Asst. U. S. Attorneys, both of Los Angeles, Cal., for appellee.

Before GARRECHT, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellant to dismiss appeal herein and good cause therefor appearing, it is ordered that the motion to dismiss be, and hereby is granted and that the appeal herein be dismissed, that a judgment be filed and entered accordingly and the mandate of this court issue forthwith.

Louis H. EGAN, Appellant, v. UNITED STATES of America.

No. 12800.

Circuit Court of Appeals, Eighth Circuit.

Jan. 5, 1944.

Charles P. Williams and Thomas Bond, both of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of the parties in this Court, on stipulation.